# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SILAS JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:22-cv-1111-AMM-JHE |
| | ) |
| **CO RONION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Silas Jackson filed a *pro se* second amended complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. Doc. 18. On July 26, 2024, the magistrate judge entered a report recommending the court: (1) dismiss Mr. Jackson's claims against the defendants based on allegations that they placed a cell phone in his head, and engaged in devil worship, voodoo, and witchcraft as frivolous pursuant to 28 U.S.C. § 1915A(b)(1); (2) grant the defendants' motions for summary judgment on Mr. Jackson's Eighth Amendment sexual assault claims against them in their official capacities for monetary relief; and (3) deny the defendants' motions for summary judgment on Mr. Jackson's Eighth Amendment sexual assault claims against them in their individual capacities for monetary relief. Doc. 40. Although the court advised the parties of

their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that:

(1) Mr. Jackson's claims against the defendants based on allegations that they placed a cell phone in his head, and engaged in devil worship, voodoo, and witchcraft are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1);

(2) The defendants' motions for summary judgment on Mr. Jackson's Eighth Amendment sexual assault claims against them in their official capacities for monetary relief are **GRANTED** and the claims are **DISMISSED WITH PREJUDICE**; and

(3) The defendants' motions for summary judgment on Mr. Jackson's Eighth Amendment sexual assault claims against them in their individual capacities for monetary relief are **DENIED**.

This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 24th day of September, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE